# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☑ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |

IN THE CASE OF: United States v.s. JOHNSON
FOR: NDIL
AT: ED

**FILED MAR 20 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

PERSON REPRESENTED (Show your full name): Carlton JOHNSON

☑ 1 Defendant—Adult
☐ 2 Defendant—Juvenile
☐ 3 Appellant
☐ 4 Probation Violator
☐ 5 Parole Violator
☐ 6 Habeas Petitioner
☐ 7 2255 Petitioner
☐ 8 Material Witness
☐ 9 Other

DOCKET NUMBERS
Magistrate:
District Court: 08CR211-2
Court of Appeals:

CHARGE/OFFENSE: 18 USC, # 1344 and 2   ☑ Felony  ☐ Misdemeanor

*Magistrate Judge Sidney I. Schenkier, United States District Court*

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☑ Yes  ☐ No  ☐ Am Self-Employed
Name and address of employer: US Postal Service - Chicago
IF YES, how much do you earn per month? $ 4,000
IF NO, give month and year of last employment. How much did you earn per month? $ ___

If married is your Spouse employed? ☑ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ 1,500.00
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**ASSETS**

*OTHER INCOME:* Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☑ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $ ___

*CASH:* Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No  IF YES, state total amount $ ___

*PROPERTY:* Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☑ No
IF YES, GIVE THE VALUE AND $ DESCRIBE IT

MARITAL STATUS: ☑ MARRIED
Total No. of Dependents: 4

**OBLIGATIONS & DEBTS**
DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME:
Creditors: MISC. 2130+, CAR + INSURANCE + CHILD EXPENSES
Monthly Paymt.: $ 5,800.00

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 3/20/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): *Carlton Johnson*