UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 08 CR 211-2 |
| | ) | Honorable Judge Ronald A. Guzman |
| Carlton JOHNSON | ) | |
| Defendant | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE**
**PRETRIAL MOTIONS**

Defendant Carlton JOHNSON, by his attorney Steven R. Shanin, respectfully moves this

Court for an extension of time to file pretrial motions after the April 3, 2008 pretrial motions

cutoff date and states as follows:

Undersigned counsel's first meeting with defendant JOHNSON was the morning of the

Arraignment, March 20, 2008.  Counsel's next scheduled client meeting with defendant

JOHNSON is for late afternoon on April 3, 2008 in order to review the case.  Issues may arise

during that meeting and when the 16.1 discovery is tendered that may need to be resolved by

motion.  Therefore, in an abundance of caution, rather than requesting a date certain by which to

file pretrial motions, defendant is requesting leave to file such motions as may be warranted as

the discovery is tendered and evaluated.

WHEREFORE, defendant Carlton JOHNSON  respectfully requests that this Court enter

an order granting defendant an extension of time to file pretrial motions.


Steven R. Shanin                                         Respectfully Submitted,
53 West Jackson Boulevard, suite 920
Chicago, Illinois  60604
312 697-0000 FAX 312 939-0054
sshanin@federallaw.us                                s/Steven R. Shanin

Attorney for Carlton JOHNSON