UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | No. 08 CR 211-2 |
| | ) | Honorable Judge Ronald A. Guzman |
| Carlton JOHNSON | ) | |
|     Defendant | ) | |

TO: Joel Hammerman, esq.
    Assistant United States Attorney
    219 South Dearborn Street, 5th Floor
    Chicago, Illinois 60604

**NOTICE OF FILING** and
**CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE that on Thursday, April 3, 2008 we have electronically filed and on April 4, 2008 will hand deliver a courtesy copy to the chambers of Honorable Judge Ronald A. Guzman, United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604, the following attached documents:

**MOTION FOR EXTENSION OF TIME TO FILE
PRETRIAL MOTIONS**

Respectfully submitted,

s/Steven R. Shanin

STEVEN R. SHANIN
53 West Jackson Boulevard, suite 920
Chicago, Illinois 60604
312 697-0000  FAX 312 939-0054
sshanin@federallaw.us

1

## CERTIFICATE OF SERVICE

Steven R. Shanin, an attorney, states that on April 3, 2008 he caused a copy of the above Notice and Motion to be tendered to the United States Attorney's Office by electronic filing and will hand deliver a courtesy copy to Judge Guzman's chambers on April 4, 2008.

                                        s/Steven R. Shanin