

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 211 - 2 | **DATE** | 9/4/2008 |
| **CASE TITLE** | USA vs. CARLTON JOHNSON | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held. Defendant withdraws plea of not guilty to count 3 and enters plea of guilty to count 3. Defendant informed of rights. Judgment of guilty entered. Cause referred to the Probation Office for a presentence investigation. Sentencing set for 12/5/08 at 10:30 a.m.

Docketing to mail notices.

00:30

| | | Courtroom Deputy Initials: | CG |
|---|---|---|---|

U.S. DISTRICT COURT
2008 SEP -5 PM 2:44
FILED-EDI